SOUTHERN BANKING AND TRUST COMPANY v. FIDELITY BANK-ING AND TRUST COMPANY.

105　487
Case 1
130　498

BY THE COURT. 1. Though the act of October 21, 1891, "to prescribe the method of granting charters to banking companies," etc., in the first section thereof declares that "all banking companies hereafter chartered in this State shall have and exercise the powers . . hereinafter specified," the word "hereafter" should not be construed as having the effect of rendering the language inserted in the fourth section of the above act by the amendatory act of December 20, 1893, whereby liens are created in favor of banking companies for debts due to them by stockholders upon stock held by the latter, operative as to stock which had already been issued by a banking company, chartered under the provisions of the first act, prior to its amendment. Acts 1890-91, vol. 1, p. 172; Acts 1893, p. 78.

2. The amending act could in no event restrict the negotiability of any stock which was in existence when it was passed.

*Judgment reversed. All the Justices concurring.*

Argued December 8, 1897. — Decided July 28, 1898.

Complaint for damages. Before Judge Reid. City court of Atlanta. May term, 1897.

*Brandon & Arkwright,* for plaintiff.

*W. M. Everett* and *Rosser & Carter,* for defendant.

---

HIGH & COMPANY v. CANDLER.

FISH, J. This court has no jurisdiction to entertain or pass upon assignments of error in a copy bill of exceptions, when the record affirmatively discloses that the order purporting to establish such copy was, over the objection of the defendant in error, granted at chambers by a judge who, because of his disqualification, did not preside in the trial of the case to which the original bill of exceptions related. *Writ of error dismissed. All the Justices concurring.*

Submitted February 25, — Decided July 28, 1898.

*Dean & Hobbs,* for plaintiff. *J. B. Estes,* for defendant.